*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GROSS, de GROOT and BROWN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Charlie WHITE, Jr.**
Aviation Electronics Technician Third Class, U.S. Navy
*Appellant*

**No. 202500332**

———————————

Decided: 9 April 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin B. Garcia

Sentence adjudged 15 May 2025 by a special court-martial tried at Fleet Activities Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 60 days and a bad-conduct discharge.[1]

For Appellant:
*Captain Christopher C. Burris, JAGC, USN*

———————————

[1] Appellant was credited with having served 61 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law, and no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.